# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC., | |
| Plaintiff, | Case No. 6:22-cv-01162-ADA<br>Case No. 6:23-cv-00374-ADA |
| v. | **JURY TRIAL DEMANDED** |
| REALTEK SEMICONDUCTOR CORP., | |
| Defendant. | |

## JOINT NOTICE OF AGREED AMENDED SCHEDULING DEADLINES

Plaintiff ParkerVision, Inc. and Defendant Realtek Semiconductor Corp., hereby provide notice of the Parties' Agreed Amended Scheduling Deadlines.

Following the March 16, 2026, Motion Hearing before the Court in *ParkerVision, Inc. v. MediaTek Inc., et al.*, Civil Action No. 6:22-cv-01163-ADA and the Court's March 23, 2026, email vacating pending deadlines and ordering the parties to submit a proposed new schedule, the parties met and conferred and agreed to the following amended schedule:

### AGREED AMENDED CASE SCHEDULE:

| Item | Agreed Amended Deadline |
|---|---|
| Plaintiff's Revised Expert Reports.[1] | May 21, 2026 |
| Defendants' Reply to Plaintiff's Expert Reports. | June 11, 2026 |
| Close of Expert Discovery regarding Revised Expert Reports. | June 19, 2026 |

---

[1] The revisions to ParkerVision's expert reports are to be limited to those raised in MediaTek's *Daubert* Motion in *ParkerVision, Inc. v. MediaTek Inc.*, 6:22-cv-01163-ADA (W.D. Tex.) and addressed at the March 16, 2026 hearing (*see* Hr'g Tr. at 88:11-16) and further clarified at the hearing in this case on April 21, 2026.

1

2

| Item | Agreed Amended Deadline |
|------|------------------------|
| Motions for Summary Judgment deadline and *Daubert* motion deadline. | July 3, 2026 |
| Deadline for oppositions to Motions for Summary Judgment and *Daubert*. | July 20, 2026 |
| Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. | TBD |
| Deadline for replies to Motions for Summary Judgment and *Daubert*. | July 27, 2026 |
| **Final Pretrial Conference.** | TBD |
| **Jury Selection/Trial.** | TBD |

Dated: April 21, 2026

/s/ Ronald M. Daignault
Raymond W. Mort, III
Texas State Bar No. 00791308
rmort@daignaultiyer.com
**DAIGNAULT IYER LLP**
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

Ronald M. Daignault (pro hac vice)*
Jason S. Charkow (pro hac vice)*
Scott R. Samay (pro hac vice)*
Chandran B. Iyer (pro hac vice)
Stephanie Mandir (pro hac vice)
Lisa N. Phillips (pro hac vice)*
Matthew R. Harkins (pro hac vice)*
Taylor Lepore (pro hac vice)*
Anderson To (pro hac vice)*
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
smandir@daignaultiyer.com
lphillips@daignaultiyer.com
mharkins@daignaultiyer.com
tlepore@daignaultiyer.com
ato@daignaultiyer.com
**DAIGNAULT IYER LLP**
8229 Boone Boulevard – Suite 450
Vienna, VA 22182
*Not admitted in Virginia

**ATTORNEYS FOR PLAINTIFF
PARKERVISION, INC.**

/s/ Mark D. Siegmund
Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND
JAMES PC**
7901 Fish Pond Road, Suite 200
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

Lisa K. Nguyen
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900
lisanguyen@paulhastings.com

Grace I. Wang
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (213) 683-6211
Facsimile: (213) 996-3211
gracewang@paulhastings.com

Jeffrey L. Johnson
**BAKER BOTTS LLP**
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1222
Facsimile: (713) 229-7922
jeffrey.johnson@bakerbotts.com

**ATTORNEYS FOR DEFENDANT
REALTEK SEMICONDUCTOR CORP.**

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system on this 21st day of April 2026

/s/ Mark D. Siegmund
Mark D. Siegmund